```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HUGO LEONEL CRUZ FUENTES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3106 |
| | ) | |
| v. | ) | |
| | ) | |
| ROSEN'S DIVERSIFIED, INC. | ) | ORDER |
| GROUP BENEFIT PLAN, ROSEN'S | ) | |
| DIVERSIFIED, ROSEN'S | ) | |
| DIVERSIFIED, and SUN LIFE | ) | |
| ASSURANCE COMPANY OF CANADA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. The plaintiff's motion for leave to file an amended complaint, filing 16, is granted, and,

   a. The plaintiff's amended complaint shall be filed on or before July 3, 2006.

   b. The defendants are given until twenty days after the filing of the amended complaint to file their response.

2. The motion for a continuance of the deadline for filing a Rule 26(f) Report, filing 17, is granted. The parties' Rule 26(f) Report of Parties' Planning conference shall be filed on or before August 2, 2006.

DATED this 27th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge