IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUGO LEONEL CRUZ FUENTES, ) ) Plaintiff, ) ) v. ) ) ROSEN'S DIVERSIFIED, INC. ) GROUP BENEFIT PLAN, etc., ) et al., ) ) Defendants. ) ) | 4:06CV3106  ORDER |

IT IS ORDERED:

The unopposed motion filed by defendants Rosen's for extension of deadline, filing 22, is granted and the deadline for filing the parties' Rule 26(f) planning conference report is extended to August 11, 2006.

DATED this 27th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge