IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUGO LEONEL CRUZ FUENTES,<br><br>  Plaintiff,<br><br>  v.<br><br>ROSEN'S DIVERSIFIED, INC. GROUP BENEFIT PLAN, C/O ROSEN'S DIVERSIFIED, INC., A MINNESOTA CORPORATION,<br><br>ROSEN'S DIVERSIFIED, INC., A MINNESOTA CORPORATION, AS ADMINISTRATOR AND NAMED FIDUCIARY OF THE ROSEN'S DIVERSIFIED GROUP BENEFIT PLAN,<br><br>ROSEN'S DIVERSIFIED, INC., d/b/a GIBBON PACKING AS EMPLOYER AND FIDUCIARY OF THE ROSEN'S DIVERSIFIED GROUP BENEFIT PLAN,<br><br>And<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, A CANADIAN CORPORATION,<br><br>  Defendants, | Case No. 4:06CV3106<br><br><br><br><br><br>ORDER |

This matter comes before the Court on a Joint Stipulation for Extension of Time ("Stipulation") filed by the parties stipulating to the filing of a Joint Stipulation to Dismiss with Prejudice by the parties on or before September 15, 2006 in this matter. Having considered the Stipulation and being fully advised in the premises,

IT IS HEREBY ORDERED that the Stipulation (filing 25) is hereby approved; and

IT IS FURTHER ORDERED the Parties are granted until and including September 15, 2006 to file their Joint Stipulation for Dismissal with Prejudice.

Dated this 6th day of September, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Court Judge

4819-5076-9665.1