IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUGO LEONEL CRUZ FUENTES, | Case No. 4:06CV3106 |
| Plaintiff, | |
| vs. | JUDGMENT |
| ROSEN'S DIVERSIFIED, INC. GROUP BENEFIT PLAN, C/O ROSEN'S DIVERSIFIED, INC., A MINNESOTA CORPORATION, | |
| ROSEN'S DIVERSIFIED, INC., A MINNESOTA CORPORATION, AS ADMINISTRATOR AND NAMED FIDUCIARY OF THE ROSEN'S DIVERSIFIED GROUP BENEFIT PLAN, | |
| ROSEN'S DIVERSIFIED, INC.,D/B/A GIBBON PACKING AS EMPLOYER AND FIDUCIARY OF THE ROSEN'S DIVERSIFIED GROUP BENEFIT PLAN, and, | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, A DELAWARE CORPORATION, | |
| Defendants. | |

Pursuant to the parties' joint stipulation and motion for dismissal with prejudice (filing 31) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

October 11, 2006.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge